**Fill in this information to identify your case:**

Debtor 1    **Terry Gerald Sauer**
            First Name    Middle Name    Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Minnesota

Case number  **14-30309**
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☑ No
   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent............
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $ **0.00**

   **If not included in line 4:**

   4a. Real estate taxes    4a.  $ **0.00**

   4b. Property, homeowner's, or renter's insurance    4b.  $ **0.00**

   4c. Home maintenance, repair, and upkeep expenses    4c.  $ **200.00**

   4d. Homeowner's association or condominium dues    4d.  $ **0.00**

Official Form 6J    **Schedule J: Your Expenses**    page **1**

Debtor 1  **Terry Gerald Sauer**
          First Name  Middle Name  Last Name

Case number (*if known*) **14-30309**

**Your expenses**

5. **Additional mortgage payments for your residence**, such as home equity loans — 5. $ **0.00**

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **115.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **30.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **0.00**
   - 6d. Other. Specify: _____ — 6d. $ **0.00**

7. **Food and housekeeping supplies** — 7. $ **300.00**

8. **Childcare and children's education costs** — 8. $ **0.00**

9. **Clothing, laundry, and dry cleaning** — 9. $ **100.00**

10. **Personal care products and services** — 10. $ **60.00**

11. **Medical and dental expenses** — 11. $ **100.00**

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **200.00**

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **75.00**

14. **Charitable contributions and religious donations** — 14. $ **0.00**

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **0.00**
    - 15d. Other insurance. Specify: _____ — 15d. $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $ **0.00**

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: **Contract For Deed Payment** — 17c. $ **1,500.00**
    - 17d. Other. Specify: _____ — 17d. $

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** — 18. $ **1,300.00**

19. **Other payments you make to support others who do not live with you.** Specify: _____ — 19. $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Debtor 1  **Terry Gerald Sauer**
          First Name   Middle Name   Last Name

Case number (*if known*) **14-30309**

21. **Other**. Specify: _____   21. +$ **0.00**

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22. $ **3,980.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ **5,905.00**

    23b. Copy your monthly expenses from line 22 above.    23b. − $ **3,980.00**

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c. $ **1,925.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.    **None**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                SIGNATURE DECLARATION

Sauer, Terry Gerald                                                   Case No. 14-30309
_____
Debtor(s)

- [ ] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
- [x] AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- [x] MODIFIED CHAPTER 13 PLAN
- [x] OTHER (Please describe:) Motion to Confirm Mod Plan

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 9-15-15

X _[signature]_                                                        X _____
Signature of Debtor or Authorized Representative                       Signature of Joint Debtor

Sauer, Terry Gerald                                                    _____
Printed Name of Debtor or Authorized Representative                    Printed Name of Joint Debtor

Heller & Thyen PA
Robert S. Thyen
606 25th Avenue South Ste. 110
St. Cloud, MN  56301

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Terry Sauer | CASE NO: 14-30309<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 9/15/2015, I did cause a copy of the following documents, described below,

Amended Service Letter,

Notice of Hearing and Motion to Confirm Modified Plan

Post Modified Plan

Amended Schedule J

Signature Declaration


to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 9/15/2015

/s/ Robert S. Thyen
Robert S. Thyen
Heller & Thyen PA
606 25th Avenue South Ste. 110
St. Cloud, MN  56301
320 654 8000
jessica@hellerthyen.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Terry Sauer | CASE NO: 14-30309 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 9/15/2015, a copy of the following documents, described below,

Amended Service Letter,

Notice of Hearing and Motion to Confirm Modified Plan

Post Modified Plan

Amended Schedule J

Signature Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2015

                                                              /s/ Jay S. Jump
                                                              Jay S. Jump
                                                              BK Attorney Services, LLC
                                                              d/b/a certificateofservice.com, for
                                                              Heller & Thyen PA
                                                               Robert S. Thyen
                                                               606 25th Avenue South Ste. 110
                                                               St. Cloud, MN  56301

Case 14-30309    Doc 27    Filed 09/15/15    Entered 09/15/15 12:06:12    Desc Main
Document    Page 7 of 8

PARTIES DESIGNATED AS "*** NOT SERVED ***" WERE NOT SERVED THROUGH THE BNC FIRST CLASS MAIL SERVICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0864-3<br>CASE 14-30309<br>DISTRICT OF MINNESOTA<br>ST PAUL<br>TUE SEP 15 11-45-39 CDT 2015 | FARMERS & MERCHANTS STATE BANK OF PIERZ<br>CO JAMES L. WIANT<br>1015 WEST ST. GERMAIN STREET SUITE 300<br>PO BOX 1497<br>ST. CLOUD MN 56302-1497 | | ~~ST PAUL~~<br>~~200 WARREN E BURGER FEDERAL BUILDING AND~~<br>~~US COURTHOUSE~~<br>~~316 N ROBERT ST~~<br>~~ST PAUL MN 55101-1465~~ |
| BENTON COUNTY AUDITOR<br>531 DEWEY ST<br>FOLEY MN 56329-8413 | BENTON COUNTY AUDITOR-TREASURER<br>PO BOX 129<br>FOLEY MN 56329-0129 | | CONVERGENT OUTSOURCING<br>800 SW 39TH ST<br>RENTON WA 98057-4975 |
| DIRECTV<br>800 SW 39TH ST<br>RENTON WA 98057-4975 | ERIN LINN<br>811 9TH AVE<br>FOLEY MN 56329-9135 | | FARMERS & MERCHANTS BANK<br>PO BOX 308<br>PIERZ MN 56364-0308 |
| FARMERS & MERCHANTS STATE BANK OF PIERZ<br>80 MAIN STREET<br>PO BOX 308<br>PIERZ MN 56364-0308 | GARY AND MARY GRAM<br>CO RINKE NOONAN<br>PO BOX 1497<br>ST CLOUD MN 56302-1497 | | GARY AND MARY GRAMS<br>21373 AGATE BEACH RD<br>ST CLOUD MN 56301-5848 |
| IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JANICE MOHLER<br>OSCAGE DR<br>BROWERVILLE MN 56438 | | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF MCI COMMUNICATIONS SERVICES INC<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| MINNESOTA CHILD SUPPORT<br>BENTON COUNTY HUMAN SERVICES<br>PO BOX740<br>FOLEY MN 56329-0740 | MN CHILD SUP<br>444 LAFAYETTE ROAD<br>SAINT PAUL MN 55155-3846 | | MN DEPT OF REVENUE<br>COLLECTION DIV<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>ST PAUL MN 55164-0447 |
| MORRISON COUNTY SHERIFF DEPT<br>COLLECTION BUREAU OF LITTLE FALLS INC<br>PO BOX 246<br>LITTLE FALLS MN 56345-0246 | MORRISON COUNTY SHERIFF DEPT<br>PO BOX 246<br>LITTLE FALLS MN 56345-0246 | | MORRISON COUNTY SOCIAL SVCS - CS<br>213 1ST AVE SE<br>LITTLE FALLS MN 56345-1468 |
| RINKE NOONAN<br>1015 W ST GERMAIN ST<br>ST CLOUD MN 56301-5442 | SHELLEY FUNERAL CHAPEL<br>COLLECTION BUREAU OF LITTLE FALLS INC<br>PO BOX 246<br>LITTLE FALLS MN 56345-0246 | | STATE OF MINNESOTA<br>395 JOHN IRELAND BLVD<br>SAINT PAUL MN 55155-1800 |
| US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | KYLE CARLSON<br>PO BOX 519<br>BARNESVILLE MN 56514-0519 | | ROBERT S. THYEN<br>HELLER & THYEN P.A.<br>606 25TH AVE SOUTH<br>SUITE 110<br>ST. CLOUD MN 56301-4810 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*DEBTOR*

TERRY GERALD SAUER
PO BOX 539
FOLEY MN 56329-0539