**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                              BKY 14-30309
                                                                                    Chapter 13
Terry Sauer,

      Debtor.

**ORDER RE: MOTION OF TRUSTEE FOR DISMISSAL OF CASE**

      This case came before the court on the motion of Kyle L. Carlson, the trustee, for dismissal. Based on the agreement of the parties,

      IT IS ORDERED:

1. The trustee's motion to dismiss is denied.

2. To date, the debtor has paid $43,625.00 to the trustee.

3. In cure of current defaults in payment to the trustee, the debtor shall make the following payments to the standing trustee:

    a. Resume regular monthly payment of $1,925.00 to the trustee commencing in July 2016.

    b. An extra $490.00 in the months of July 2016 through February 2017 and an extra $480.00 in the month of March 2017.

    c. All payments due under 3a and 3b shall be received no later than the last business day of each month.

4. If the debtor fails to make any payment required under paragraph 3 of this order, the trustee shall file an affidavit attesting to the event of default, together with a proposed order of dismissal, which refers to this order and the event of default. Upon the filing of the affidavit, the court may enter the proposed order, without further notice or hearing.

BY THE COURT

Dated: *July 14, 2016*

/e/ Katherine A. Constantine

Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/14/2016*
Lori Vosejpka, Clerk, By sas, Deputy Clerk